COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Clyde Brian Bruton, Jr. v. The State of Texas

Appellate case number:     01-15-00115-CR

Trial court case number:    13CR1854

Trial court:                       405th District Court of Galveston County

On September 16, 2015, this case was abated and remanded to the trial court to appoint new appellate counsel, following the motion to withdraw filed by Terrence J. Leonard II, appellant's appointed counsel, and to have the trial clerk file a supplemental clerk's record with the appointment order.   On October 16, 2015, a compliant supplemental clerk's record with the trial court's abatement order hearing findings and recommendations, and notice of appointment appointing James L. Ducote as appellant's new appellate counsel, signed on October 15, 2015, was filed in this Court.   On November 2, 2015, a compliant supplemental reporter's record of the abatement hearing, held on October 5, 2015, was filed in this Court.

Accordingly, we **REINSTATE** this case on this Court's active docket and **GRANT** the motion to withdraw filed by Terrence J. Leonard II.  The Clerk of this Court is directed to remove Terrence J. Leonard II, as appellant's counsel, and designate James L. Ducote as appellant's lead appointed counsel.

Furthermore, appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order.  *See* TEX. R. APP. P. 2, 38.6(a), (d).  The State's appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* at 38.6(b).

It is so **ORDERED**.


Judge's signature: /s/ Laura Carter Higley
                                ☒  Acting individually      ☐  Acting for the Court
Date:  November 24, 2015